IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ZOETICS, INC., and ZOEMAIL, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YAHOO!, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-108<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiffs Zoetics, Inc. and ZoEmail, Inc. state that for each plaintiff there is no parent corporation and no publicly held corporation that owns 10% or more of the stock.

OF COUNSEL:

Paul K. Vickrey
Douglas M. Hall
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137

Dated: February 23, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen L. Pascale (No. 2903)
*kpascale@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs Zoetics and ZoEmail*

DB02:5176399.1                                                                 900002.0003