IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, )<br>                                   )<br>       Plaintiffs,       )<br>                                   )<br>       v.                           )<br>                                   )<br>YAHOO!, INC.,           )<br>                                 )<br>       Defendant.       )<br>                                 ) | C.A. No. 06-108 (JJF) |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

It is hereby stipulated by plaintiffs Zoetics, Inc. and ZoEmail, LLC and defendant Yahoo!, Inc. ("Yahoo!"), subject to the approval of the Court, that Yahoo! may have until April 12, 2006 to move, answer or otherwise plead in response to the Complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen L. Pascale*                                 */s/ Mary B. Graham*

Josy W. Ingersoll (#1088)                        Mary B. Graham (#2256)
Elena C. Norman (#4780)                      1201 North Market Street
Karen L. Pascale (#2903)                        P.O. Box 1347
The Brandywine Building                        Wilmington, DE 19899
1000 West Street, 17th Floor                 302.658.9200
Wilmington, DE 19899
302.571.6600                                    *Attorneys for Defendant*
                                                    *Yahoo!, Inc.*

*Attorneys for Plaintiffs*
  *Zoetics, Inc. and ZoEmail, LLC*

Dated: March 10, 2006
510319

         SO ORDERED this ____ day of _____, 2006.

                                                           _____
                                                            U.S. District Judge