IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC., and ZOEMAIL, INC.<br><br>Plaintiffs,<br>v.<br><br>YAHOO!, INC.,<br><br>Defendant. | C.A. No. 06-108-JJF |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of the following attorneys to represent the plaintiffs, Zoetics Inc. and ZoEmail, Inc., in this matter:

> Paul K. Vickrey
> Douglas M. Hall
> Frederick C. Laney
> NIRO, SCAVONE, HALLER & NIRO
> 181 W. Madison, Suite 4600
> Chicago, IL  60602
> Phone: 312-236-0733

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

March 16, 2006

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Elena C. Norman (No. 4780) [enorman@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone:  302-571-6600
    *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Paul K. Vickrey, Douglas M. Hall and  Frederick C. Laney  is GRANTED.

Date: March ____, 2006          _____
                                       United States District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 16, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>Email: mbgefiling@mnat.com

I further certify that on March 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Karen L. Pascale_
>Karen L. Pascale (No. 2903)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>Email: kpascale@ycst.com
>  *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*

Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Zoetics, Inc. and Zoemail, LLC  )
    v.  )  Civil Action No. 06-108-JJF
Yahoo!, Inc.  )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of  Paul K. Vickrey  to represent Zoetics, Inc. and Zoemail, LLC in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)   Karen L. Pascale, # _____
(Movant's Address)         Young Conaway Stargatt & Taylor, LLP
(Movant's Telephone Number) The Bradywine Bldg., 1000 West Street, 17th Floor
                           Wilmington, DE  19899-0391   (302-571-5001)
Attorney for: Zoetics, Inc. and Zoemail, LLC

Date: _____

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Illinois  and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ PKV_____

Date: 3/3/06

(Applicant's Address)

Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, IL  60602
(312) 236-0733
(312) 236-3137

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Paul K. Vickrey

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Paul K. Vickrey was dully admitted to practice in said Court on (12/18/1980) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/03/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/18698Certificate.htm                                     3/3/2006

Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Zoetics, Inc. and Zoemail, LLC     )
    v.                                 )     Civil Action No. 06-108-JJF
Yahoo!, Inc.                       )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Frederick C. Laney__ to represent __Zoetics, Inc. and Zoemail, LLC__ in this matter.

Signed:_____

(Movant's Name and Delaware State Bar Identification Number)   Karen L. Pascale, #_____
(Movant's Address)          Young Conaway Stargatt & Taylor, LLP
(Movant's Telephone Number) The Bradywine Bldg., 1000 West Street, 17th Floor
                            Wilmington, DE  19899-0391   (302-571-5001)
Attorney for: Zoetics, Inc. and Zoemail, LLC

Date: _____

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Illinois__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 3 March 2006

(Applicant's Address)
_____
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, IL  60602
(312) 236-0733
(312) 236-3137

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Frederick Christopher Laney

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Frederick Christopher Laney was dully admitted to practice in said Court on (02/07/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/03/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk

Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Zoetics, Inc. and Zoemail, LLC   )
    v.                                )   Civil Action No. 06-108-JJF
Yahoo!, Inc.                     )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Douglas M. Hall__ to represent __Zoetics, Inc. and Zoemail, LLC__ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)   Karen E. Pascale, # _____
(Movant's Address)        Young Conaway Stargatt & Taylor, LLP
(Movant's Telephone Number)   The Bradywine Bldg., 1000 West Street, 17th Floor
                              Wilmington, DE  19899-0391   (302-571-5001)
Attorney for: Zoetics, Inc. and Zoemail, LLC

Date: _____

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                                   United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Illinois__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _[signature: Douglas Hall]_

Date: 3/3/06

(Applicant's Address)

Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, IL  60602
(312) 236-0733
(312) 236-3137

# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Douglas M. Hall

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Douglas M. Hall was dully admitted to practice in said Court on (12/13/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/03/2006)

                Michael W. Dobbins, Clerk,
                By: David A. Jozwiak
                Deputy Clerk