IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-108 (JJF) |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

It is hereby stipulated by plaintiffs Zoetics, Inc. and ZoEmail, LLC and defendant Yahoo!, Inc. ("Yahoo!"), subject to the approval of the Court, that Yahoo! may have until April 21, 2006 to move, answer or otherwise plead in response to the Complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (#1088)
Elena C. Norman (#4780)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
302.571.6600

*Attorneys for Plaintiffs*
  *Zoetics, Inc. and ZoEmail, LLC*

515370

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendant*
  *Yahoo!, Inc.*

SO ORDERED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE