IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 06-108 (JJF) |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT YAHOO! INC.'S MOTION TO STAY ACTION AND
TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that Yahoo! Hereby moves this Court for an order (i) staying this action, including the response to the Complaint and further pleadings and discovery, until resolution of relevant proceedings before the United States Bankruptcy Court for the Southern District of New York, and (ii) transferring this action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York, and for such other and further relief as the Court deems just and proper. The grounds for this motion are set forth in the Opening Brief In Support Of Defendant Yahoo!, Inc.'s Motion To Stay Action And Transfer Action To The Southern District Of New York, and accompanying Declaration Of Lisa G. McFall, and Appendix Of Exhibits being filed herewith.

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Mary B. Graham*

                    Mary B. Graham (#2256)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    302.658.9200

                    *Attorneys for Defendant Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000

Dated:  April 21, 2006
517022

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 21, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Paul K. Vickrey, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL  60602

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

510320

# CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.

Counsel for Yahoo! has consulted with counsel for plaintiffs, who has declined to agree to the requested stay or to the requested transfer.

Dated: April 21, 2006                    */s/ Mary B. Graham*

                                                    Mary B. Graham (#2256)

517068