IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC,           )<br>                                          )<br>        Plaintiffs,                      )<br>                                          )<br>    v.                                    )           C.A. No. 06-108 (JJF)<br>                                          )<br>YAHOO!, INC.,                             )<br>                                          )<br>        Defendant.                        )<br>                                          ) | |

**DECLARATION OF LISA G. MCFALL IN SUPPORT OF
DEFENDANT YAHOO! INC.'S MOTION TO STAY ACTION AND
TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                    Mary B. Graham (#2256)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19899
                                    302.658.9200

                                    *Attorneys for Defendant Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000

Date of Filing:  April 21, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ZOETICS, INC. and ZOEMAIL, LLC.,

                        Plaintiffs,

     -against-                                      No. 06-CV-108 (JJF)

YAHOO! INC.,

                        Defendant.

## DECLARATION OF LISA G. MCFALL IN SUPPORT OF DEFENDANT YAHOO! INC.'S MOTION TO STAY ACTION AND TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK

I, LISA G. MCFALL, declare as follows:

1. I currently am employed as Senior Legal Director with Yahoo! Inc. ("Yahoo!"). I have been employed by Yahoo! in this position since August 2004. My current responsibilities include overseeing Yahoo!'s patent and trademark litigation and adversarial third-party patent claims.

2. I am submitting this Declaration in support of Yahoo!'s motion to stay the above-captioned action pending resolution of related proceedings in the United States Bankruptcy Court for the Southern District of New York and to transfer the action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York. I make the statements set forth in this Declaration based on my own personal knowledge, unless otherwise stated.

3. Yahoo! is a Delaware corporation that maintains its principal place of business at 701 First Avenue, Sunnyvale, California. Yahoo! does not maintain any offices, facilities or personnel in Delaware.

4.      Based upon my review of Yahoo!'s records and discussions with individuals who were here at the time, I am informed and believe that Yahoo!'s first contact from Zoetics, Inc. ("Zoetics") was in January 2004. At that time, Zoetics contacted Yahoo! by letter and attempted to initiate licensing discussions with respect to United States Patent No. 5,930,479, entitled "Communications Addressing System" (the "'479 Patent"). Yahoo! did not have any prior business relationship with Zoetics or ZoEmail, LLC ("ZoEmail") and, to the best of my understanding, has had no contact with ZoEmail prior to the commencement of this action.

5.      I am informed and believe that Yahoo! and Zoetics subsequently exchanged correspondence, through inside and outside counsel, and had at least one meeting relating to the potential licensing of the '479 Patent in the Spring of 2004. In August 2004, Yahoo! informed Zoetics that it was not interested in licensing the '479 Patent from Zoetics.

6.      On or about June 14, 2005, Yahoo! received a letter from Niro Scavone Haller & Niro ("Niro Scavone"), who purported to represent Zoetics in the licensing and enforcement of the '479 Patent. In that letter, Zoetics accused Yahoo! and its "Address Guard" technology of infringing more than 20 claims of the '479 Patent.

7.      On August 16, 2005, I responded by letter to Zoetics' outside counsel, Niro Scavone. In that letter, I identified various prior art references and informed Zoetics that Yahoo! concluded that the claims of the '479 Patent were invalid.

8.      Yahoo! and AT&T presently have a business alliance to provide broadband internet services. Upon information and belief, at least some of the subscribers to the AT&T / Yahoo! broadband internet service use the "Address Guard" feature accused of infringement by Zoetics in this action.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2006

_____
Lisa G. McFall

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 21, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | Paul K. Vickrey, Esquire<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, IL  60602 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

510320