IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>YAHOO!, INC., )<br>)<br>   Defendant. )<br>) | C.A. No. 06-108 (JJF) |

**DEFENDANT YAHOO! INC.'S FEDERAL RULE
OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yahoo! Inc. states that it does not have any parent company and that no publicly held corporation owns more than 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendant Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
212.468.8000

Dated: April 21, 2006
517018

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 21, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Josy W. Ingersoll, Esquire | Paul K. Vickrey, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | NIRO, SCAVONE, HALLER & NIRO |
| The Brandywine Building | 181 W. Madison St., Suite 4600 |
| 1000 West Street, 17th Floor | Chicago, IL 60602 |
| Wilmington, DE 19801 | |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

510320