IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC., and ZOEMAIL, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YAHOO!, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-108-JJF |

## STIPULATION RE: BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the remainder of the briefing schedule on Defendant Yahoo!, Inc.'s Motion to Stay Action and Transfer Action to Southern District of New York (D.I. 10) shall proceed as follows:

| | |
|---|---|
| Answering brief due: | May 12, 2006 |
| Reply brief due: | May 26, 2006 |

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

---
Josy W. Ingersoll (# 1088)
Karen L. Pascale (# 2903)
Elena C. Norman (# 4780)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone:  302-571-6600
  *Attorneys for Plaintiffs Zoetics, Inc.*
  *and ZoEmail, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Mary B. Graham*

---
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Phone: 302-658-9200
  *Attorneys for Defendant Yahoo!, Inc.*

IT IS SO ORDERED this _____ day of May, 2006.

---
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 4, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>Email: mbgefiling@mnat.com

I further certify that on May 4, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Michael A. Jacobs [mjacobs@mofo.com]
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, CA 94105
>(415) 268-7455
>
>Matthew M. D'Amore [mdamore@mofo.com]
>Kyle W.K. Mooney [kmooney@mofo.com]
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, NY 10104-0050
>(212) 468-8168

- 2 -

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (No. 2903)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> Email: kpascale@ycst.com
>   *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*