IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC., and ZOEMAIL, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 06-108-JJF |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JOEL TUCCIARONE IN OPPOSITION
TO YAHOO!'S MOTION TO STAY AND TRANSFER**

                                                   YOUNG CONAWAY STARGATT & TAYLOR LLP
                                                   Josy W. Ingersoll (# 1088)
                                                   Karen L. Pascale (# 2903)
                                                   Elena C. Norman (# 4780)
                                                   The Brandywine Building
                                                   1000 West St., 17th Floor
                                                   P.O. Box 391,
                                                   Wilmington, Delaware 19899-0391
                                                   Phone:  302-571-6600

                                                   *Attorneys for Plaintiffs Zoetics, Inc.*
                                                   *and ZoEmail, LLC*

OF COUNSEL:

Paul K. Vickrey
Douglas M. Hall
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, IL  60602
(312) 236-0733

                                                                                 May 12, 2006

I, JOEL TUCCIARONE, declare as follows:

1. I am the President of Zoetics, Inc.

2. In January of 2004, Zoetics approached Yahoo! to discuss license of its '479 patent.

3. On April 30, 2004 a meeting was held between Zoetics, Yahoo! and Yahoo!'s outside counsel; I was represented at that meeting by our legal counsel. At that meeting, Yahoo!'s outside counsel reported that they "needed two months to review the patent field."

4. After nearly four months passed without word from Yahoo!, Zoetics contacted Yahoo! again; thereafter on August 25, 2004, Yahoo! sent Zoetics a letter stating "Yahoo! has concluded that it does not require a license under this patent."

5. In June of 2005, Zoetics through its counsel wrote Yahoo! again offering a license under the '479 patent.

6. On January 27, 2006, the parties held a telephone settlement conference in which I was a participant. During that conference, Yahoo! made no allegation that Zoetics did not own the patents-in-suit; nor did Yahoo! discuss any prior art. Zoetics made a settlement demand to which Yahoo!'s counsel said that Yahoo! would respond likely within a week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2006

*/s/ Joel Tucciarone*
Joel Tucciarone

[7-zmlegal-c-legal_declaration.doc]

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>Email: mbgefiling@mnat.com

I further certify that on May 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By FedEx and E-Mail*
>
>Michael A. Jacobs [mjacobs@mofo.com]
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, CA 94105
>(415) 268-7455
>
>Matthew M. D'Amore [mdamore@mofo.com]
>Kyle W.K. Mooney [kmooney@mofo.com]
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, NY 10104-0050
>(212) 468-8168

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
  *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*