IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ZOETICS, INC., and ZOEMAIL, INC.   )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   C.A. No. 06-108-JJF
                                    )
YAHOO!, INC.,                       )
                                    )
            Defendant.              )

**DECLARATION OF B. LANE HASLER IN OPPOSITION
TO YAHOO!'S MOTION TO STAY AND TRANSFER**

YOUNG CONAWAY STARGATT & TAYLOR LLP
Josy W. Ingersoll (# 1088)
Karen L. Pascale (# 2903)
Elena C. Norman (# 4780)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for Plaintiffs Zoetics, Inc.
   and ZoEmail, LLC*

OF COUNSEL:
Paul K. Vickrey
Douglas M. Hall
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733

May 12, 2006

I, B. Lane Hasler, declare as follows:

1. I represent Zoetics, Inc. ("Zoetics") in its Chapter 11 reorganization bankruptcy case pending in the Southern District of New York.

2. On October 20, 2004, Zoetics filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3. On February 25, 2005, Zoetics filed an Application for Order authoring the retention of Niro, Scavone, Haller & Niro as special intellectual property counsel in order to enforce Zoetics' patent rights.

4. AT&T filed no objection to that application; in fact, AT&T has never filed any pleading in the bankruptcy case alleging that Zoetics does not own the patents-in-suit or lacks standing to enforce them.

5. In fact, in my numerous discussions with AT&T counsel over the past 16 months, AT&T has never made such a claim. The ownership of the patents-in-suit is not at issue in the bankruptcy case.

6. On March 15, 2005, Judge Blackshear held that granting Zoetics request to retain patent counsel to enforce its intellectual property rights "is in the best interest of the Debtor and its estate and creditors and is authorized by Section 327(e) of Title 11 of the United States Code...." (Yahoo! Appendix, Ex. 10).

7. On July 28, 2005, Zoetics served Yahoo! with a subpoena requesting documents pursuant to Rule 2004 of the Bankruptcy Rules of Procedure. Yahoo! never

responded to that subpoena.

8.  On November 29, 2005, the Bankruptcy Court entered an Order compelling Yahoo! to produce documents and awarding sanctions. On February 17, 2006, Yahoo! filed a motion to vacate such order, specifically arguing that it did not have to produce documents in the bankruptcy case "given the imminence of [Zoetics'] infringement claim" After Zoetics filed this lawsuit, Zoetics agreed that the November 29, 2005 Order could be vacated.

9.  On April 11, 2006, AT&T filed a Proof of Claim asserting that it is a "secured creditor" of Zoetics. This is the first time in the bankruptcy case that AT&T claimed it is secured. In my numerous discussions with AT&T counsel over the past 16 months, AT&T has not asserted a secured claim in the bankruptcy case.

10. AT&T is not a secured creditor because AT&T filed its UCC -1 Financing Statement on July 26, 2005, a date which is within 90 days of the October 20, 2005 bankruptcy filing by Zoetics, making it a preferential transfer void under Section 547 of the Bankruptcy Code. AT&T is a general unsecured creditor with no rights in the patent-in-suit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2006.

*B. Lane Hasler* (signature)
B. Lane Hasler

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>  Mary B. Graham, Esquire
>  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>  1201 North Market Street
>  P.O. Box 1347
>  Wilmington, DE 19899
>  (302) 658-9200
>  Email: mbgefiling@mnat.com

I further certify that on May 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By FedEx and E-Mail*

> Michael A. Jacobs [mjacobs@mofo.com]
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA  94105
> (415) 268-7455
>
> Matthew M. D'Amore [mdamore@mofo.com]
> Kyle W.K. Mooney [kmooney@mofo.com]
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> (212) 468-8168

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
    *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*