IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-108 (JJF) |
| | ) | |
| YAHOO!, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF YAHOO! INC.'S
MOTION TO STAY ACTION AND TRANSFER ACTION
<u>TO THE SOUTHERN DISTRICT OF NEW YORK</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendant Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
212.468.8000

Dated: May 26, 2006
522368

**TABLE OF CONTENTS**

| Exh. No. | Description |
|----------|-------------|
| 1 | Status Conference Transcript, May 9, 2006, C.A. No. 04-16747 |
| 2 | Website excerpts of Niro Scavone Haller & Niro- Intellectual Property Lawyers |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy W. Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 26, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Josy W. Ingersoll, Esquire | Paul K. Vickrey, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | NIRO, SCAVONE, HALLER & NIRO |
| The Brandywine Building | 181 W. Madison St., Suite 4600 |
| 1000 West Street, 17th Floor | Chicago, IL  60602 |
| Wilmington, DE  19801 | |

*/s/ Mary B. Graham (#2256)*

_____

Mary B. Graham (#2256)

# EXHIBIT 1

1

```
 1
 2
 3    UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK
 4    ----------------------------x    Case Nos.
      In re                            04-16747
 5
      ZOETICS, INC.,                   New York, New York
 6                                     May 9, 2006
                      Debtor.          10:03 a.m.
 7    ----------------------------x

 8                 DIGITALLY RECORDED PROCEEDINGS

 9    10:00 04-16747 ZOETICS, INC.
      Status Conference.
10
      B E F O R E:
11
          THE HONORABLE JAMES M. PECK
12        United States Bankruptcy Judge

13    A P P E A R A N C E S:

14        B. LANE HASLER P.C.
          Attorney for Debtor
15            5450 Fairmont Road
              Libertyville, Illinois    60048
16
          BY:  B. LANE HASLER, ESQ.,
17                                      (via telephone)

18        LOWENSTEIN SANDLER PC
          Attorneys for AT&T Corp.
19            65 Livingston Avenue
              Roseland, New Jersey    07068
20
          BY:  ERIC HORN, ESQ.
21

22            DEBORAH HUNTSMAN, Court Reporter
                198 Broadway, Suite 903
23              New York, New York  10038
                (212) 608-9053    (917) 723-9898
24
      Proceedings Recorded by Electronic Sound Recording,
25        Transcript Produced by Court Reporter
```

2

| | |
|---|---|
| 1 | JUDGE PECK:  Please be seated. |
| 2 | Good morning.  Zoetics. |
| 3 | Is Mr. Hasler on the telephone? |
| 4 | MR. HASLER:  Yes, I am, Your Honor. |
| 5 | JUDGE PECK:  Good morning, this is a status |
| 6 | conference. |
| 7 | MR. HASLER:  Yes. |
| 8 | JUDGE PECK:  Now, there is someone in Court as |
| 9 | well. |
| 10 | MR. HORN:  Good morning, Your Honor.  Eric Horn |
| 11 | from Lowenstein Sandler appearing on behalf of AT&T |
| 12 | Corporation. |
| 13 | JUDGE PECK:  All right. |
| 14 | MR. HASLER:  Your Honor, the current status of |
| 15 | the case is that the Debtor is continuing to operate |
| 16 | its consulting business and it is doing so profitably. |
| 17 | It is current on all monthly operating reports, and it |
| 18 | is current with its United States Trustee's fees.  The |
| 19 | Bar Date was May 2nd.  The Debtor and I have compiled |
| 20 | a master claims matrix which we are reviewing to see |
| 21 | if there are any claim objections.  We have identified |
| 22 | one significant claim objection, which we will be |
| 23 | bringing.  It is to a secured claim filed by AT&T, |
| 24 | which we believe is unsecured.  So we have that |
| 25 | litigation. |

3

```
 1          The Plan and Disclosure Statement are still in
 2     development.  We are working closely with the
 3     accountants to obtain the required data for the
 4     Disclosure Statement.  Those are due on June 30th.  We
 5     don't believe there will be any issue with filing them
 6     on time.  There are continuing efforts to license the
 7     patent, which is the other side of the business -- the
 8     consulting side and the technology side.  The Debtor
 9     is in significant negotiations with two parties that
10     like patents, which will bring in monthly royalties.
11     They are being structured as monthly.  The Debtor is
12     still in litigation with Yahoo, which is pending in
13     the United States District Court for Delaware.  I
14     think our next calendar date here is June 29th.
15          JUDGE PECK:  Refresh my recollection.  What is
16     happening then?
17          MR. HASLER:  We have a status for Your Honor to
18     make sure that we did comply with our obligation to
19     file the Plan by that date, and I think we have one
20     motion on, which would be my first fee application.
21     We adjourned that to that date to make sure that we
22     had Plan and Disclosure Statement on file first.
23          JUDGE PECK:  Do you expect any problem in
24     meeting that deadline?
25          MR. HASLER:  No.
```

4

```
 1          JUDGE PECK:  At one time, if I recall
 2   correctly, you were thinking about modifying the terms
 3   of your engagement in this case?
 4          MR. HASLER:  That was withdrawn.  I had
 5   significant discussions with the Office of the United
 6   States Trustee, and we decided to leave things just
 7   the way they are.
 8          JUDGE PECK:  I think that was probably a good
 9   choice on your part.
10          Is there anything more on Zoetics?
11          (Whereupon, no response was heard.)
12          JUDGE PECK:  As counsel for AT&T, do you have
13   anything you wish to add?
14          MR. HORN:  No, Your Honor.
15          JUDGE PECK:  All right.  I will see you on the
16   June 29th, unless there is some need to see you
17   earlier.
18          MR. HASLER:  Thank you.
19
20
21
22
23
24
25
```

5

```
 1                    C E R T I F I C A T E
 2   STATE OF NEW YORK    )
                          : SS:
 3   COUNTY OF NEW YORK   )

 4

 5            I, DEBORAH HUNTSMAN, a Shorthand Reporter
 6   and Notary Public within and for the State of New
 7   York, do hereby certify:
 8            That the within is a true and accurate
 9   transcript from the official electronic sound
10   recording of the proceedings held on the 9th day of
11   May, 2006.
12            I further certify that I am not related by
13   blood or marriage to any of the parties and that I am
14   not interested in the outcome of this matter.
15            IN WITNESS WHEREOF, I have hereunto set my
16   hand this 15th day of May, 2006.
17

18

19                         DEBORAH HUNTSMAN
20                         DEBORAH HUNTSMAN
21   PROOFREAD BY HALLIE CANTOR
22

23

24

25
```

Proceedings                                                  1

## 0

04-16747 [2] - 1:4, 1:9
07068 [1] - 1:19

## 1

10038 [1] - 1:23
10:00 [1] - 1:9
10:03 [1] - 1:6
15th [1] - 5:16
198 [1] - 1:22

## 2

2006 [3] - 1:6, 5:11, 5:16
212 [1] - 1:23
29th [2] - 3:14, 4:16
2nd [1] - 2:19

## 3

30th [1] - 3:4

## 5

5450 [1] - 1:15

## 6

60048 [1] - 1:15
608-9053 [1] - 1:23
65 [1] - 1:19

## 7

723-9898 [1] - 1:23

## 9

9 [1] - 1:6
903 [1] - 1:22
917 [1] - 1:23
9th [1] - 5:10

## A

a.m [1] - 1:6
accountants [1] - 3:3
accurate [1] - 5:8

## add

add [1] - 4:13
adjourned [1] - 3:21
appearing [1] - 2:11
application [1] - 3:20
AT&T [4] - 1:18, 2:11, 2:23, 4:12
Attorney [1] - 1:14
Attorneys [1] - 1:18
Avenue [1] - 1:19

## B

BANKRUPTCY [1] - 1:3
Bankruptcy [1] - 1:12
Bar [1] - 2:19
behalf [1] - 2:11
blood [1] - 5:13
bring [1] - 3:10
bringing [1] - 2:23
Broadway [1] - 1:22
business [2] - 2:16, 3:7
BY [3] - 1:16, 1:20, 5:21

## C

calendar [1] - 3:14
CANTOR [1] - 5:21
case [2] - 2:15, 4:3
Case [1] - 1:4
certify [2] - 5:7, 5:12
choice [1] - 4:9
claim [3] - 2:21, 2:22, 2:23
claims [1] - 2:20
closely [1] - 3:2
compiled [1] - 2:19
comply [1] - 3:18
Conference [1] - 1:9
conference [1] - 2:6
consulting [2] - 2:16, 3:8
continuing [2] - 2:15, 3:6
Corp [1] - 1:18
Corporation [1] - 2:12
correctly [1] - 4:2
counsel [1] - 4:12
COUNTY [1] - 5:3
COURT [1] - 1:3
Court [4] - 1:22, 1:25, 2:8, 3:13
current [3] - 2:14, 2:17, 2:18

## D

data [1] - 3:3
Date [1] - 2:19
date [3] - 3:14, 3:19, 3:21
deadline [1] - 3:24
DEBORAH [4] - 1:22, 5:5, 5:19, 5:20
Debtor [6] - 1:6, 1:14, 2:15, 2:19, 3:8, 3:11
decided [1] - 4:6
Delaware [1] - 3:13
development [1] - 3:2
DIGITALLY [1] - 1:8
Disclosure [3] - 3:1, 3:4, 3:22
discussions [1] - 4:5
DISTRICT [1] - 1:3
District [1] - 3:13
due [1] - 3:4

## E

efforts [1] - 3:6
electronic [1] - 5:9
Electronic [1] - 1:24
engagement [1] - 4:3
Eric [1] - 2:10
ERIC [1] - 1:20
ESQ [2] - 1:16, 1:20
expect [1] - 3:23

## F

Fairmont [1] - 1:15
fee [1] - 3:20
fees [1] - 2:18
file [1] - 3:19, 3:22
filed [1] - 2:23
filing [1] - 3:5
first [2] - 3:20, 3:22

## H

HALLIE [1] - 5:21
hand [1] - 5:16
HASLER [9] - 1:14, 1:16, 2:4, 2:7, 2:14, 3:17, 3:25, 4:4, 4:18
Hasler [1] - 2:3
heard [1] - 4:11
held [1] - 5:10
hereby [1] - 5:7

## hereunto

hereunto [1] - 5:15
Honor [5] - 2:4, 2:10, 2:14, 3:17, 4:14
HONORABLE [1] - 1:11
Horn [1] - 2:10
HORN [1] - 1:20, 2:10, 4:14
HUNTSMAN [4] - 1:22, 5:5, 5:19, 5:20

## I

identified [1] - 2:21
Illinois [1] - 1:15
IN [1] - 5:15
INC [2] - 1:5, 1:9
interested [1] - 5:14
issue [1] - 3:5

## J

JAMES [1] - 1:11
Jersey [1] - 1:19
JUDGE [10] - 2:1, 2:5, 2:8, 2:13, 3:15, 3:23, 4:1, 4:8, 4:12, 4:15
Judge [1] - 1:12
June [3] - 3:4, 3:14, 4:16

## L

LANE [2] - 1:14, 1:16
leave [1] - 4:6
Libertyville [1] - 1:15
license [1] - 3:6
litigation [2] - 2:25, 3:12
Livingston [1] - 1:19
Lowenstein [1] - 2:11
LOWENSTEIN [1] - 1:18

## M

marriage [1] - 5:13
master [1] - 2:20
matrix [1] - 2:20
matter [1] - 5:14
meeting [1] - 3:24
modifying [1] - 4:2
monthly [3] - 2:17, 3:10, 3:11

## morning

morning [3] - 2:2, 2:5, 2:10
motion [1] - 3:20
MR [9] - 2:4, 2:7, 2:10, 2:14, 3:17, 3:25, 4:4, 4:14, 4:18

## N

need [1] - 4:16
negotiations [1] - 3:9
NEW [3] - 1:3, 5:2, 5:3
New [6] - 1:5, 1:19, 1:23, 5:6
next [1] - 3:14
Nos [1] - 1:4
Notary [1] - 5:6

## O

objection [1] - 2:22
objections [1] - 2:21
obligation [1] - 3:18
obtain [1] - 3:3
OF [3] - 1:3, 5:2, 5:3
Office [1] - 4:5
official [1] - 5:9
one [3] - 2:22, 3:19, 4:1
operate [1] - 2:15
operating [1] - 2:17
outcome [1] - 5:14

## P

P.C [1] - 1:14
part [1] - 4:9
parties [2] - 3:9, 5:13
patent [1] - 3:7
patents [1] - 3:10
PC [1] - 1:18
PECK [11] - 1:11, 2:1, 2:5, 2:8, 2:13, 3:15, 3:23, 4:1, 4:8, 4:12, 4:15
pending [1] - 3:12
Plan [3] - 3:1, 3:19, 3:22
problem [1] - 3:23
Proceedings [1] - 1:24
proceedings [1] - 5:10
PROCEEDINGS [1] - 1:8

Proceedings                    2

| | |
|---|---|
| **Produced** [1] - 1:25<br>**profitably** [1] - 2:16<br>**PROOFREAD** [1] - 5:21<br>**Public** [1] - 5:6 | **T** |
| | **technology** [1] - 3:8<br>**telephone** [2] - 1:17, 2:3<br>**terms** [1] - 4:2<br>**THE** [1] - 1:11<br>**thinking** [1] - 4:2<br>**transcript** [1] - 5:9<br>**Transcript** [1] - 1:25<br>**true** [1] - 5:8<br>**Trustee** [1] - 4:6<br>**Trustee's** [1] - 2:18<br>**two** [1] - 3:9 |
| **R** | |
| **re** [1] - 1:4<br>**recollection** [1] - 3:15<br>**RECORDED** [1] - 1:8<br>**Recorded** [1] - 1:24<br>**recording** [1] - 5:10<br>**Recording** [1] - 1:24<br>**Refresh** [1] - 3:15<br>**related** [1] - 5:12<br>**Reporter** [3] - 1:22, 1:25, 5:5<br>**reports** [1] - 2:17<br>**required** [1] - 3:3<br>**response** [1] - 4:11<br>**reviewing** [1] - 2:20<br>**Road** [1] - 1:15<br>**Roseland** [1] - 1:19<br>**royalties** [1] - 3:10 | **U** |
| | **UNITED** [1] - 1:3<br>**United** [4] - 1:12, 2:18, 3:13, 4:5<br>**unless** [1] - 4:16<br>**unsecured** [1] - 2:24 |
| | **V** |
| **S** | **via** [1] - 1:17 |
| **SANDLER** [1] - 1:18<br>**Sandler** [1] - 2:11<br>**seated** [1] - 2:1<br>**secured** [1] - 2:23<br>**see** [3] - 2:20, 4:15, 4:16<br>**set** [1] - 5:15<br>**Shorthand** [1] - 5:5<br>**side** [3] - 3:7, 3:8<br>**significant** [3] - 2:22, 3:9, 4:5<br>**someone** [1] - 2:8<br>**sound** [1] - 5:9<br>**Sound** [1] - 1:24<br>**SOUTHERN** [1] - 1:3<br>**SS** [1] - 5:2<br>**STATE** [1] - 5:2<br>**State** [1] - 5:6<br>**Statement** [3] - 3:1, 3:4, 3:22<br>**STATES** [1] - 1:3<br>**States** [4] - 1:12, 2:18, 3:13, 4:6<br>**status** [3] - 2:5, 2:14, 3:17<br>**Status** [1] - 1:9<br>**still** [2] - 3:1, 3:12<br>**structured** [1] - 3:11<br>**Suite** [1] - 1:22 | **W** |
| | **WHEREOF** [1] - 5:15<br>**wish** [1] - 4:13<br>**withdrawn** [1] - 4:4<br>**WITNESS** [1] - 5:15 |
| | **Y** |
| | **Yahoo** [1] - 3:12<br>**YORK** [3] - 1:3, 5:2, 5:3<br>**York** [5] - 1:5, 1:23, 5:7 |
| | **Z** |
| | **Zoetics** [2] - 2:2, 4:10<br>**ZOETICS** [2] - 1:5, 1:9 |

EXHIBIT 2

## Niro, Scavone, Haller & Niro

# Intellectual Property Lawyers

Among "10 of the Nation's Top Litigators" (The National Law Journal September 22, 1997)

Niro, Scavone, Haller & Niro concentrates its practice in intellectual property law. The firm has extensive experience in the trial of intellectual property cases, including patent, trademark and copyright infringement, trade secret misappropriation, unfair competition and related business torts. While nationally known for its trial experience, success in high-stakes litigation and alternative fee arrangements, the firm offers a full range of intellectual property-related services, including counseling on intellectual property management and strategies, the procurement of domestic and international patents, trademarks and copyright registrations, and the licensing of technology and other intellectual properties.

Our Practice

In the News

Contact Us

Prin

Niro, Scavone, Haller & Niro

# Our Trial Record



Our Practice

In the News

Contact Us

We believe that a successful trial practice is essential for any successful licensing campaign or negotiation for our clients. We are proud of our proven track record of success in court as trial lawyers, including a number of jury verdicts which were ranked in the top ten in the country in recent years and our string of winning 24 straight trials since 1994. These are summaries of the jury trials conducted by our firm since 1994.

**Injection Research Specialists v. Polaris Industries L.P.,** *CA 90 Z 1143 (D. Colo.), aff'd, 48 USPQ2d 1719 (Fed. Cir. 1998):* After three-week trial, jury awarded $57 million on April 25 1997; Federal Circuit affirmed judgment for trade secret misappropriation concerning two-stroke fuel-injected snowmobile engines and awarded prejudgment interest on base award enabling district court to increase the award in excess of $75 million.

**Flint Ink Corp. v. Sharen Brower,** *CA 93 C 73761 (E.D. Mich.):* Jury awarded $48.7 million on June 10, 1996 for patent infringement and unjust enrichment for proprietary soy ink technology; parties then settled for confidential amount prior to appeal.

**C&F Packing Co. Inc. v. IBP Inc. and Pizza Hut Inc.,** *CA 93 C 1601 (N.D. Ill.):* Jury awarded $10.94 million on December 9, 1998, increased to over $16 million with interest for trade secret misappropriation of proprietary methods for making pizza toppings; damage award affirmed on August 25, 2000; subsequent suit against settled before trial; total recoveries for C&F in all cases exceed $34 million.

**Schreiber Foods Inc. v. Beatrice Cheese Inc.,** *CA 97 C 0011, consolidated with CA 97 C 0566 (E.D. Wis.):* Jury awarded $26.2 million in damages on August 25, 1998 for patent infringement, including reasonable royalty of 50% of defendant's gross profits.

**F&G Scrolling Mouse, LLC v. KeyTronic Co.,** *C99-995C (W.D. Wash.):* Jury awarded $16.5 million on December 20, 2001 for misappropriation of trade secrets and unjust enrichment relating to concurrent pointing and scrolling technology for computer mouse products.

**Frank Calabrese v. Square D Company,** *CA 97 C 2199 (N.D. Ill.):* Jury awarded $13.2 million on January 26, 2000 and court added $6.8 million in prejudgment interest on March 23, 2000 for infringement of a patent on data relay system; infringement found to be willful; base damage award was 45.5% of infringing sales; appeal dismissed after settlement.

**Glenayre Electronics, Inc. v. Philip Jackson,** *CA 02 C 0256 (N.D. Ill.):* In April 2003, a federal jury awarded counterplaintiff $12 million for infringement of a patent on a touch-tone remote control system that uses a telephone and password security codes to access voice mail or answering machines; damage award reduced to $2.65 million plus interest.

**Smith Engineering Co. v. Eisemann Corp.,** *CV-98-3937 (SHx) (C.D. Cal.):* Jury awarded $11.2 million on May 22, 2000 for infringement of a patent covering air pollution control equipment.



## Niro, Scavone, Haller & Niro

# Our Trial Record

on a touch-tone remote control system that uses a telephone and password security codes to access voice mail or answering machines; damage award reduced to $2.65 million plus interest.

**Smith Engineering Co. v. Eisemann Corp.,** *CV-98-3937 (SHx) (C.D. Cal.):* Jury awarded $11.2 million on May 22, 2000 for infringement of a patent covering air pollution control equipment.

**Trimless Flashless Design ("TFD") v. Thomas & Betts Corp., Augat, Inc. and Tyco Electronics, Corp.,** *CA 00-245-A (E.D. Va.):* After a two-week trial, $10.5 million verdict awarded by jury on June 22, 2001 on TFD's claim for breach of two agreements prohibiting disclosure of confidential information relating to molds for manufacturing metallized particle interconnect devices. Now on appeal after grant of motion JMOL.

**IMS Technology, Inc. v. Haas Automation, Inc.,** *CA 97-1043-A (E.D. Va.):* During the second week of a jury trial involving claims for infringement of a patent on

Our Practice

In the News

Contact Us

IP La...
Our

Our Record

Prir

| | |
|---|---|
| | Niro, Scavone, Haller & Niro |

## Our Trial Record

defendants agreed to pay substantial damages, bringing to more than $50 million the total settlements achieved.

**In The Matter Of Mahurkar Double Lumen Hemodialysis Cathether Patent Litigation,** *CA No. MDL 853, 23 USPQ2d 1903 (N.D. Ill., Easterbrook, J.), aff'd, 71 F.3d 1573 (Fed. Cir. 1995):* Trial and appeal resulted in $5.4 million judgment for patent infringement of a patent on hemodialysis catheters; client collected more than $30 million in royalties as a result.

**Mahurkar v. Bard,** *CA 92 C 4803 (N.D. Ill., Zagel, J.):* Jury found patent infringement on August 26, 1994; bench trial of damages resulting in $5.4 million verdict, aff'd in part , *79 F.3d 1572 (Fed. Cir. 1996).* Judge Zagel awarded a 25.88% royalty concerning catheter technology, which was affirmed on appeal, even though licenses existed for the patent-in-suit provid-ing a royalty that was one-fifth (1/5th) of award percentage. The Federal Circuit in Bard also noted that a royalty awarded may exceed the infringer's profits *(Id., at 1577 n.1).*

Our Practice

In the News

Contact Us

| IP La | | | |
|---|---|---|---|
| Our | | Our Record | Prir |

Niro, Scavone, Haller & Niro

## Our Trial Record

award percentage. The Federal Circuit in Bard also noted that a royalty awarded may exceed the infringer's profits (Id., at 1577 n.1).

**Black & Decker (U.S.), Inc., et. al. v. Coleman Company Inc.,** (E.D. Va.): Jury awarded $3.7 million on August 23, 1996 for patent infringement to protect Black & Decker's flexible "SnakeLight" flashlight technology; fastest case in history from patent issuance to judgment, three months; royalty award amounting to about $15/unit or about 125% of the defendant's prices; parties settled prior to appeal.

**Tri-Mark Metal v. Haden Schweitzer,** Civil Action No. 94 CV 70150 DT (E.D. Mich., Duggan J.): In May 1994, jury awarded $3.5 million for infringement of a patent on radiant wall ovens used in automotive painting systems.

**Black & Decker (U.S.), Inc., et. al. v. Pro-Tech Power, Inc. et. al.,** Nos. 98-124-A and 97-1123-A, 26 F.Supp.2d 834 (E.D. Va. 1998): Judge awarded $1.7 million on April 7, 1999 for trademark infringement concerning power tools and accessories,

Our Practice

In the News

Contact Us

IP La
Our

Our Record

Prin

| | | |
|---|---|---|
| | *Niro, Scavone, Haller & Niro* | |

# Our Trial Record

on radiant wall ovens used in automotive painting systems.

**Black & Decker (U.S.), Inc., et. al. v. Pro-Tech Power, Inc. et. al.,** *Nos. 98-124-A and 97-1123-A, 26 F.Supp.2d 834 (E.D. Va. 1998):* Judge awarded $1.7 million on April 7, 1999 for trademark infringement concerning power tools and accessories, with increased award of $1.3 million for attorneys' fees and design patent infringement; injunction granted protecting DeWalt® color trademark and design patent on miter saw.

**Link Group International v. Toymax,** *Civil Action No. 3:97CV00670 (D. Conn. 2001):* After a two-week trial with the jury verdict about to be entered, the defendant agreed to pay substantial damages for misappropriation of trade secrets relating to the "Laser Challenge" game.

**Dr. David L. Spencer et. al. v. Dr. Matthew Sponger et. al.,** *CA 92 CH 11587 (Illinois Chancery Court):* Jury awarded orthopedic surgeon $2.3 million on April 4, 1996 in dispute over ownership of a spinal correction device.

Our Practice

In the News

Contact Us

| | IP La | Our Record | Prir |
|---|---|---|---|
| | Our | | |

Niro, Scavone, Haller & Niro

# Our Trial Record

"Laser Challenge" game.

**Dr. David L. Spencer et. al. v. Dr. Matthew Sponger et. al.,** *CA 92 CH 11587 (Illinois Chancery Court):* Jury awarded orthopedic surgeon $2.3 million on April 4, 1996 in dispute over ownership of a spinal correction device.

**Black & Decker (U.S.), Inc., et. al. v. GSL Engineering Ltd.,** *41 USPQ2d 1377 (E.D. Va. 1996):* Jury awarded $2.2 million on June 5, 1996 for patent infringement to protect Black & Decker's flexible "SnakeLight" flashlight technology; royalty award amounting to $13.60/unit or about 130% of the defendant's prices; parties settled prior to appeal.

**Control Alt Design, Ltd. v. Tensor Corporation, Roger Sherman, Office Depot, Inc. and Meijer, Inc.,** *CA 01 C 2362 (N.D. Ill. 2001):* After a three-day trial, jury awarded $2.1 million on December 13, 2001 for patent infringement on a computer lamp design, also finding the infringement willful.

Our Practice

In the News

Contact Us

IP La
Our

Our Record

Prir

## Niro, Scavone, Haller & Niro

# Our Trial Record

jury awarded $2.1 million on December 13, 2001 for patent infringement on a computer lamp design, also finding the infringement willful.

**Black & Decker (U.S.), Inc., et. al. v. Porter Cable Corp.,** *Nos. 98-124-A and 97-1123-A (E.D. Va.):* Jury awarded $1.5 million on February 24, 1999 for a patent infringement of patent on biscuit joiners (affirmed per curium).

**Compass v. General Research of Electronics (Japan), et al.,** *Civil Action No. 95 C 6708 (N.D. Ill., Shadur J.):* Settled for $2.9 million with an electronics manufacturer and its distributor after opening statement at trial over copyright infringement and trade secret claims on software and circuitry for high-speed radio scanners.

**Sufrin v. Hosier,** *94 C 608 (N.D. Ill.):* Successfully defended $70 million damage claim for breach of fiduciary duty on behalf of well-known patent lawyer; jury rejected plaintiff's claim on December 23, 1996.

Our Practice

In the News

Contact Us

▲
▼

IP La
Our

**Our Record**

Prir

## Niro, Scavone, Haller & Niro

# Our Recent Licensing Record

**PhoneTel Communications, Inc.** *(digital telephone technology)* .....$55 million
We enforced the patents of Dr. Kazuo Hashimoto against the computer and
telephony industries, resulting in more than 50 licensees and $55 million in
royalties.

**IMS Technology Inc.** *(interactive machine control)* ..............................$50 million
We represented a subsidiary company for Hurco Companies, which was set up to
enforce and license a patent on interactive control of machine tools against the
machine tool industry.

**Emhart** *(electrical component sequence verifier)* ...................................$35 million
Value of settlement in patent enforcement against competitors.

**Soundview** *(V-chip)* .................................................................................Confidential
Patent infringement suit and licensing effort on V-chip technology.

**Frank Calabrese** *(industrial data acquisition)* ......................Confidential

Our Practice

In the News

Contact Us

Our Record

Prin

## Niro, Scavone, Haller & Niro

# Our Recent Licensing Record

We represented a subsidiary company for Hurco Companies, which was set up to enforce and license a patent on interactive control of machine tools against the machine tool industry.

**Emhart** *(electrical component sequence verifier)* ................................ $35 million
Value of settlement in patent enforcement against competitors.

**Soundview** *(V-chip)* ............................................................................ Confidential
Patent infringement suit and licensing effort on V-chip technology.

**Frank Calabrese** *(industrial data acquisition)* ...................................... Confidential
We enforced the Data Relay patent of Frank A. Calabrese against the entire industrial control industry.

**ICU Medical v. Medtronic, et al.,** *(medical connector devices)* ........ Confidential
Patent infringement suit and settlement agreements on medical connector devices.

Our Practice

In the News

Contact Us

Our Record                Prir