IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ZOETICS, INC. and ZOEMAIL, LLC    :
                                  :
       Plaintiffs,          :
                                  :
  v.                              : Civil Action No. 06-108-JJF
                                  :
YAHOO!, INC.,                     :
                                  :
       Defendant .          :

### ORDER

At Wilmington, this 6 day of July, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Stay Action And Transfer Action To The Southern District Of New York (D.I. 10) is **DENIED**.

                                        */s/ Joseph J. Farnan*
                              UNITED STATES DISTRICT JUDGE