IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC., and ZOEMAIL, INC. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>YAHOO!, INC., )<br>)<br>Defendant. ) | C.A. No. 06-108-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following attorney to represent the plaintiffs, Zoetics Inc. and ZoEmail, Inc., in this matter:

>Robert A. Vitale, Jr.
>NIRO, SCAVONE, HALLER & NIRO
>181 W. Madison, Suite 4600
>Chicago, IL 60602
>Phone: 312-236-0733

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

July 19, 2006

*/s/ Karen L. Pascale*
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Elena C. Norman (No. 4780) [enorman@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
  *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Robert A. Vitale, Jr. is GRANTED.

Date: _____ ____, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this ~~motion.~~

Signed: [signature]   Date: 7/13/06

Robert A. Vitale, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> Email: mbgefiling@mnat.com

I further certify that on July 19, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### *By E-Mail and U.S. Mail*
>
> Michael A. Jacobs [mjacobs@mofo.com]
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA 94105
> (415) 268-7455
>
> Matthew M. D'Amore [mdamore@mofo.com]
> Kyle W.K. Mooney [kmooney@mofo.com]
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> (212) 468-8168

- 2 -

         YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
   *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*