# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX:  302-576-3301
jingersoll@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 9, 2007

**BY CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

Re:     *Zoetics, Inc., et al. v. Yahoo! Inc.*, C.A. No. 06-108-JJF

Dear Judge Farnan:

Plaintiffs and defendant have agreed on all the principal dates for the proposed Scheduling Order that we are submitting to the Court today.  However, there is one issue upon which the parties could not agree -- paragraph 3(d), wherein the defendant seeks to expand the deposition time beyond the seven (7) hours that are provided by Federal Rule of Civil Procedure 30(d)(2) for any three individual witnesses and for the 30(b)(6) witnesses.  Defendant has asked for fourteen (14) hours for three individual depositions and 21 hours for the 30(b)(6) depositions. Plaintiffs do not believe there is any basis at this point in time to give defendant carte blanche to extend the deposition times in this case.

This is a patent case with two related anti-spam patents (one of which has only two claims) and one third party inventor.  There is only one anti-spam feature of Yahoo!'s e-mail system that is alleged at this time to be infringing.  In short, there is nothing exceptional about this case that necessitates extending the deposition times in advance, in a vacuum, and without specific justification for the need to extend.  Plaintiffs believe there is adequate protection in the language in paragraph 3(d) of the Order which states, "[t]he Parties may seek leave of Court to increase the number of depositions available to one or both of the Parties or to seek additional time with particular witnesses."  Thus, if during discovery a specific, genuine need to extend a deposition arises, the parties can meet and discuss the issue at that time, and if necessary, seek the Court's guidance.

Plaintiffs ask this Court to enter their version of paragraph 3(d) of the Scheduling Order (simultaneously filed herewith) which is in full compliance with Federal Rule of Civil Procedure 30(d)(2).

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
March 9, 2007
Page 2

JWI:cg
Enclosure

cc:    Clerk of the Court (by CM/ECF and Hand Delivery)
       Mary B. Graham, Esquire (by CM/ECF)
       Michael A. Jacobs, Esquire (by E-mail)
       Matthew M. D'Amore, Esquire (by E-mail)
       Douglas M. Hall, Esquire (by E-mail)

065030.1001