IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) |
| | ) |
|     Plaintiffs and Counterclaim Defendants, | ) |
| | ) |
| v. | ) C.A. No. 06-108 (JJF) |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
|     Defendant and Counterclaim Plaintiff. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Yahoo! Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1)*; 2) *Yahoo! Inc.'s First Set of Interrogatories*; and 3) *Yahoo! Inc.'s First Set of Requests for the Production of Documents* were caused to be served on April 9, 2007 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FACSIMILE**

Douglas Hall, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Mary B. Graham (#2256)*
                        _____
                        Mary B. Graham (#2256)
                        James W. Parrett, Jr. (#4292)
                        Benjamin J. Schladweiler (#4601)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899
                        302.658.9200

OF COUNSEL:                 *Attorneys for Yahoo!, Inc.*

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000


788909

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy W. Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 9, 2007 upon the following individuals in the manner indicated:

**BY HAND**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FACSIMILE**

Douglas Hall, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602

*/s/ Mary B. Graham (#2256)*
_____
Mary B. Graham (#2256)