IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-108 (JJF) |
| | ) | |
| YAHOO!, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiffs Zoetics, Inc. and Zoemail, LLC, hereby certifies that on April 10, 2007 the firm of Niro, Scavone, Haller & Niro caused copies of Plaintiffs' Rule 26(A)(1) Disclosures to be served upon the following counsel of record as indicated below:

**BY FACSIMILE AND U.S. MAIL**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael A. Jacobs, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Matthew M. D'Amore, Esquire
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050

I further certify that copies of this Notice of Service were caused to be served on April 11, 2007 upon the above-listed attorneys by e-mail.

YOUNG, CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-5029
Fax: (302) 576-3402
jingersoll@ycst.com

*Attorneys for Zoetics, Inc. and Zoemail, LLC*

OF COUNSEL:

Paul K. Vickrey
Douglas M. Hall
Frederick C. Laney
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

DATED: April 11, 2007