IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) |
| | ) |
| Plaintiffs and Counterclaim Defendants, | ) |
| | ) |
| v. | ) C.A. No. 06-108 (JJF) |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
| Defendant and Counterclaim Plaintiff. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Yahoo! Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories* and (2) *Yahoo! Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents* were caused to be served on June 26, 2007 upon the following in the manner indicated:

**BY HAND & E-MAIL**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

Paul K. Vickrey, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602


Morris, Nichols, Arsht & Tunnell LLP

*/s/ Julia Heaney*

---

Mary B. Graham (#2256)
Julia Heaney (#3052)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000

June 26, 2007

788909

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy W. Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 26, 2007 upon the following individuals in the manner indicated:

**BY HAND & E-MAIL**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

Paul K. Vickrey, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602

/s/ Julia Heaney
_____
Julia Heaney (#3052)