IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>YAHOO! INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 06-108 (JJF) |

## SCHEDULING ORDER

The Parties having satisfied their obligations under Federal Rule of Civil Procedure 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The Parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other Parties shall be filed on or before January 7, 2008.

3. **Discovery.**

    (a) Fact discovery shall be completed by June 6, 2008.

    (b) Maximum of twenty-five (25) interrogatories, including contention interrogatories, for each side.

    (c) Maximum of fifty (50) requests for admission by each side, not including requests relating to the authenticity or admissibility of documents.

    (d) The Parties shall be limited to ten (10) depositions per side as provided for under Federal Rule of Civil Procedure 30(a)(2)(A). The Parties may seek leave of Court to

increase the number of depositions available to each side or to seek additional time with particular witnesses. Depositions shall not be commenced before February 7, 2008.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party bearing the burden of proof on August 20, 2008, with rebuttal reports from the opposing party due on September 19, 2008.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than October 30, 2008, unless otherwise agreed in writing by the Parties or ordered by the Court. Depositions of expert witnesses are not to begin until after rebuttal reports are served.

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within thirty (30) days of the filing of the motion and allow or briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before June 6, 2008.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before

December 5, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held on November 7, 2008. The Parties shall present their claim construction issues to the Court according to the following schedule:

(a) On June 6, 2008, Plaintiffs shall provide their final list of asserted claims. Notwithstanding the scheduling of this disclosure, defendant may serve contention interrogatories concerning asserted claims in the ordinary course of discovery. Plaintiff's final list of asserted claims shall not, absent good cause, include claims not identified in response to contention interrogatories already served. If Plaintiff is permitted to add asserted claims, defendant shall be permitted such additional discovery as reasonably is required.

(b) On June 20, 2008, the Parties shall exchange a list of disputed terms and proposed constructions.

(c) By July 18, 2008, the Parties shall meet and confer to prepare a statement of agreed claim constructions, if any.

(d) On September 4, 2008, the Parties shall exchange opening briefs on claim construction.

(e) On October 3, 2008, the Parties shall exchange rebuttal briefs on claim construction.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended

Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b)    No facsimile transmissions will be accepted.

    (c)    No telephone calls shall be made to Chambers.

    (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9.    **Pretrial Conference and Trial.** After reviewing the Parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the Parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

SO ORDERED this ___ day of _____ 2007

                                                Joseph J. Farnan, Jr.
                                                United Stated District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mbgefiling@mnat.com]
> James Walter Parrett, Jr. [[jparrett@mnat.com]]
> Benjamin J. Schladweiler [bschladweiler@mnat.com]
> Kyle W.K. Mooney [kmooney@mofo.com]
> Matthew M. D'Amore [mdamore@mofo.com]
> Michael A. Jacobs [mjacobs@mofo.com]

I further certify that on September 21, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail and Hand Delivery*

> Mary B. Graham [mgraham@mnat.com]
> James Walter Parrett, Jr. [jparrett@mnat.com]
> Benjamin J. Schladweiler [bschladweiler@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

### *By E-Mail*

> Michael A. Jacobs [mjacobs@mofo.com]
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA 94105
> (415) 268-7455
>
> Matthew M. D'Amore [mdamore@mofo.com]
> Kyle W.K. Mooney [kmooney@mofo.com]
> MORRISON & FOERSTER LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> (212) 468-8168

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
───────────────────────────────
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
    *Attorneys for Plaintiffs, Zoetics Inc. and ZoEmail, Inc.*