IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-108-JJF |
| | ) | |
| YAHOO!, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION**
**AND WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware:

(1)    The following attorneys hereby enter their appearances as counsel for the Plaintiffs:

>   Jami B. Nimeroff, Esquire (No. 4049) [jnimeroff@bsnlawyers.com]
>   BROWN STONE NIMEROFF LLC
>   4 East 8th Street, Suite 400
>   Wilmington, DE 19801
>   Telephone: (302) 428-8142
>
>   Tamara Carmichael [tamara.carmichael@hklaw.com]
>   HOLLAND & KNIGHT LLP
>   195 Broadway
>   24th Floor
>   New York, NY 10007
>   Telephone: (212) 513-3200
>
>   John Moran, Esquire [john.moran@hklaw.com]
>   HOLLAND & KNIGHT LLP
>   2099 Pennsylvania Avenue, N.W.
>   Suite 100
>   Washington, DC 20006
>   Telephone: (202) 955-3000

(2) The following attorneys hereby withdraw their appearances as counsel for the Plaintiffs:

>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>Karen E. Keller (No. 4489) [kkeller@ycst.com]
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building
>100 West Street, 17th Floor
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6600
>
>Paul K. Vickrey, Esquire [vickrey@nshn.com]
>Douglas M. Hall, Esquire [dhall@nshn.com]
>Frederick C. Laney, Esquire [laney@nshn.com]
>Robert A. Vitale, Jr., Esquire [vitale@nshn.com]
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison Street, Suite 4600
>Chicago, Illinois 60602.
>Telephone: (312) 236-0733

DATED: March 18, 2008

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BROWN STONE NIMEROFF LLC |
|---|---|
| /s/ Karen L. Pascale | /s/ Jami B. Nimeroff |
| Josy W. Ingersoll (No. 1088)<br>Karen L. Pascale (No. 2903)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>*Withdrawing Attorneys for Plaintiffs* | Jami B. Nimeroff (No. 4049)<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 428-8142<br>jnimeroff@bsnlawyers.com<br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 18, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mbgefiling@mnat.com]
> James Walter Parrett, Jr. [[jparrett@mnat.com]]
> Benjamin J. Schladweiler [bschladweiler@mnat.com]
> Kyle W.K. Mooney [kmooney@mofo.com]
> Matthew M. D'Amore [mdamore@mofo.com]
> Michael A. Jacobs [mjacobs@mofo.com]

I further certify that on March 18, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Karen L. Pascale

Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
 *Withdrawing Attorneys for Plaintiffs*