## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZOETICS, INC. and ZOEMAIL, LLC,

                    Plaintiffs,

    v.

YAHOO!, INC.,

                  Defendant.

C.A. No. 06- 108-JJF

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Tamara Carmichael and John P. Moran of Holland & Knight LLP to represent the plaintiffs, Zoetics Inc. and ZoEmail, Inc., in this matter.

    In accordance with the Standing Order for District Court Fund, the annual fee of $25 per attorney is forwarded with this motion.

BROWN STONE NIMEROFF LLC

Jami B. Nimeroff
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8142

*Attorneys for Plaintiffs Zoetics, Inc. and Zoemail, LLC*

Dated: March 19, 2008

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Tamara Carmichael and John P. Moran is granted.

Date: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pusuant to Local Rule 83.5, I, Tamara Carmichael, certify that I am eligible for admission

to this Court, am admitted, practicing and in good standing as a member of the Bar of the State

of New York and the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action.  I also certify that I am generally familiar with this Court's Local Rules.

Date: _3/17/08_

Tamara Carmichael
Holland & Knight LLP
195 Broadway, 24th Floor
New York, New York  10007
Tel: (212) 513-3200

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, John P. Moran, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 18, 2008

John P. Moran
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 828-1848

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Mary B. Graham, Esq.
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> Email: mbgefiling@mnat.com

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 19, 2008 upon the following individuals in the manner indicated:

### By Facsimile and U.S. Mail

> Michael A. Jacobs [mjacobs@mofo.com]
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105
> (415) 268-7455

> Matthew M. D'Amore [mdamore@mofo.com]
> Kyle W. K. Mooney [kmooney@mofo.com]
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> (212) 468-8168

> BROWN STONE NIMEROFF LLC
>
> Jami B. Nimeroff
> 4 East 8th Street, Suite 400
> Wilmington, DE 19801
> Tel: (302) 428-8142
> *Attorneys for Plaintiffs Zoetics, Inc. and Zoemail, LLC*