IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, ) | |
| ) | |
| Plaintiffs and Counterclaim Defendants, ) | |
| ) | |
| v.   ) | C.A. No. 06-108 (JJF) |
| ) | |
| YAHOO!, INC., ) | |
| ) | |
| ) | |
| Defendant and Counterclaim Plaintiff. ) | |

## YAHOO! INC.'S NOTICE OF DEPOSITION RUSSELL L. BRAND

PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Defendant and Counterclaim Plaintiff Yahoo! Inc. ("Yahoo!") will take the deposition upon oral examination of Russell L. Brand. The deposition will be taken at the offices of Morrison & Foerster, LLP, 425 Market Street, San Francisco, California 94105-2482, or other mutually agreeable location, commencing May 1, 2008 at 9:30 a.m., and will continue day-to-day until completed. The deposition will be taken before a notary public or other officer authorized to administer oaths in the State of California, and will be recorded by stenographic means, audiotaped and videotaped.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ James W. Parrett, Jr.*
        _____
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        302.658.9200
        jparrett@mnat.com

        *Attorneys for Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000

Dated: April 18, 2008
2299295

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy W. Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 18, 2008 upon the following individuals in the manner indicated:

**BY HAND**

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA E-MAIL**

Paul K. Vickrey, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL  60602

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)