IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, )<br>  )<br>Plaintiffs and Counterclaim Defendants, )<br>  )<br>v. )<br>  )<br>YAHOO!, INC., )<br>  )<br>Defendant and Counterclaim Plaintiff. ) | C.A. No. 06-108 (JJF) |

**STIPULATION REGARDING PROPOSED
<u>SECOND AMENDED SCHEDULING ORDER</u>**

WHEREAS, on February 22, 2008, the Court entered an Amended Scheduling Order in this action which subsequently was revised by a March 6, 2008 Order concerning the Markman Hearing and Pre-trial Hearing (collectively, the "Amended Schedule");

WHEREAS, under the Amended Schedule, the close of fact discovery is June 6, 2008, the close of expert discovery is October 30, 2008, the Markman Hearing is November 7, 2008, and the Pretrial Conference is March 5, 2009;

WHEREAS, Plaintiffs and Defendant and Counterclaim Plaintiff Yahoo! Inc. ("Yahoo!") have agreed that it is desirable to revise certain deadlines in the Amended Schedule to facilitate a reasonable extension of the close of fact discovery (August 15, 2008), the close of expert discovery (December 5, 2008), the filing and service deadline for any case dispositive motions (January 9, 2009), and to extend certain related deadlines; and

WHEREAS, the Parties have agreed to and submit herewith as Exhibit A a schedule reflecting these changes and that does not impact the scheduled dates for the Markman Hearing or Pretrial Hearing;

- 2 -

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Yahoo! that if the Court shall so Order, the scheduling order be amended as set forth in the Proposed Revised Scheduling Order attached hereto as Exhibit A.

| BROWN STONE NIMEROFF LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jami B. Nimeroff* | */s/ Mary B. Graham* |
| Jami B. Nimeroff (#4049)<br>The Brandywine Building<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>302.428.8142<br>jnimeroff@bsnlawyers.com<br>  *Attorneys for Zoetics, Inc.*<br>*and ZoEmail, LLC* | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>Benjamin J. Schladweiler (#4601)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302.658.9200<br>mgraham@mnat.com<br>  *Attorneys for Yahoo!, Inc.* |

May 27, 2008

# EXHIBIT A

Case 1:06-cv-00108-JJF     Document 46-2     Filed 05/27/2008     Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC,            ) | |
| ) | |
| Plaintiffs and Counterclaim Defendants,  ) | |
| ) | |
| v.                                                              ) | C.A. No. 06-108 (JJF) |
| ) | |
| YAHOO!, INC.,                                           ) | |
| ) | |
| Defendant and Counterclaim Plaintiff.   ) | |

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

The Parties having satisfied their obligations under Federal Rule of Civil Procedure 26(f),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The Parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Joinder of other Parties.**  All motions to join other Parties shall be filed on or before January 7, 2008.

3.    **Discovery.**

(a)    Fact discovery shall be completed by August 15, 2008.

(b)    Maximum of twenty-five (25) interrogatories, including contention interrogatories, for each side.

(c)    Maximum of fifty (50) requests for admission by each side, not including requests relating to the authenticity or admissibility of documents.

(d)    The Parties shall be limited to ten (10) depositions per side as provided for under Federal Rule of Civil Procedure 30(a)(2)(A).  The Parties may seek leave of Court to increase the number of depositions available to each side or to seek additional time with particular witnesses.  Depositions shall not be commenced before February 7, 2008.

- 2 -

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party bearing the burden of proof on October 24, 2008, with rebuttal reports from the opposing party due on November 14, 2008.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than December 5, 2008, unless otherwise agreed in writing by the Parties or ordered by the Court. Depositions of expert witnesses are not to begin until after rebuttal reports are served.

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within thirty (30) days of the filing of the motion and allow or briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before August 15, 2008.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before January 9, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed

more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

      7.    **Markman.** A Markman Hearing will be held on <u>November 7, 2008</u>. The Parties shall present their claim construction issues to the Court according to the following schedule:

      (a)    On <u>June 30, 2008</u>, Plaintiffs shall provide their final list of asserted claims. Notwithstanding the scheduling of this disclosure, defendant may serve contention interrogatories concerning asserted claims in the ordinary course of discovery. Plaintiff's final list of asserted claims shall not, absent good cause, include claims not identified in response to contention interrogatories already served. If Plaintiff is permitted to add asserted claims, defendant shall be permitted such additional discovery as reasonably is required.

      (b)    On <u>July 18, 2008</u>, the Parties shall exchange a list of disputed terms and proposed constructions.

      (c)    By <u>August 1, 2008</u>, the Parties shall meet and confer to prepare a statement of agreed claim constructions, if any.

      (d)    By <u>August 29, 2008</u>, the Parties shall serve expert reports on claim construction, if any.

      (e)    On <u>September 19, 2008</u>, the Parties shall exchange opening briefs on claim construction.

      (f)    On <u>October 3, 2008</u>, the Parties shall exchange rebuttal briefs on claim construction.

      8.    **Applications by Motion.**

      (a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules

- 4 -

of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b)      No facsimile transmissions will be accepted.

        (c)      No telephone calls shall be made to Chambers.

        (d)      Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

    9.    **Pretrial Conference and Trial.**  The Pretrial Conference will held on <u>March 5, 2009</u>, pursuant to the Court's March 8, 2008 Order.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the Parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

SO ORDERED this ___ day of _____ 2008

                                                        _____
                                                            Joseph J. Farnan, Jr.
                                                            United Stated District Judge