IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YAHOO!, INC., )<br>)<br>)<br>Defendant. ) | C.A. No. 06-108 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard Mills-Robertson of Morrison & Foerster LLP to represent Yahoo!, Inc. in this matter.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
212.468.8000
Dated: July 18, 2008

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jparrett@mnat.com
302.658.9200

*Attorneys for Yahoo!, Inc.*

2415335

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Richard Mills-Robertson, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 07/18/08

Richard Mills-Robertson
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Jami B. Nimeroff, Esquire
>BROWN STONE NIMEROFF LLC

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 18, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Jami B. Nimeroff, Esquire<br>BROWN STONE NIMEROFF LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>**jnimeroff@bsnlawyers.com** | Tamara Carmichael, Esquire<br>HOLLAND & KNIGHT LLP<br>195 Broadway, 24th Floor<br>New York, NY 10007<br><br>**tamara.carmichael@hklaw.com**<br><br>John Moran, Esquire<br>HOLLAND & KNIGHT LLP<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, DC 20006<br><br>**john.moran@hklaw.com** |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

510320