IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC,  )<br>  )<br>    Plaintiffs and Counterclaim Defendants,  )<br>  )<br>v.  )<br>  )<br>YAHOO!, INC.,  )<br>  )<br>  )<br>    Defendant and Counterclaim Plaintiff.  ) | C.A. No. 06-108 (JJF) |

## YAHOO! INC.'S NOTICE OF DEPOSITION DR. ROBERT J. HALL

PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Defendant and Counterclaim Plaintiff Yahoo! Inc. ("Yahoo!") will take the deposition upon oral examination of Dr. Robert J. Hall. The deposition will be taken at the offices of Morrison & Foerster, LLP, 1290 Avenue of the Americas, New York, New York 10104, or other mutually agreeable location, commencing August 14, 2008 at 9:30 a.m., and will continue day-to-day until completed. The deposition will be taken before a notary public or other officer authorized to administer oaths in the State of New York, and will be recorded by stenographic means, audiotaped and videotaped.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ James W. Parrett, Jr.*
                                    _____
                                    Mary B. Graham (#2256)
                                    James W. Parrett, Jr. (#4292)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19899
                                    302.658.9200
                                    jparrett@mnat.com

                                    *Attorneys for Yahoo!, Inc.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
415.268.7000

Matthew M. D'Amore
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
212.468.8000

Dated:  July 31, 2008
2432920

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2008 upon the following individuals in the manner indicated:

| BY HAND & E-MAIL | VIA E-MAIL |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Paul K. Vickrey, Esquire<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, IL 60602 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)