IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOETICS, INC. and ZOEMAIL, LLC, ) | |
| ) | |
| Plaintiffs-Counterdefendants, ) | |
| ) | |
| v. ) | C.A. No. 06-108 (JJF) |
| ) | |
| YAHOO!, INC., ) | |
| ) | |
| Defendant-Counterclaimant. ) | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN DISCOVERY DATES**

WHEREAS, the parties have been proceeding cooperatively with discovery under the Second Amended Scheduling Order dated June 24, 2008;

WHEREAS, the parties have met and conferred and believe that additional time would be of assistance in completing party and third-party fact discovery; and

WHEREAS, in light of these discussions, the parties accordingly seek to extend the deadline for the close of fact discovery in the Second Amended Scheduling Order from August 15, 2008 to October 10, 2008;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court that:

1. The fact discovery deadline is extended from August 15, 2008 to October 10, 2008.

- 2 -

| BROWN STONE NIMEROFF LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jami B. Nimeroff* | */s/ James W. Parrett, Jr.* |
| Jami B. Nimeroff (#4049)<br>The Brandywine Building<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>(302) 428-8142<br>jnimeroff@bsnlawyers.com<br>  *Attorneys for Zoetics, Inc.*<br>  *and ZoEmail, LLC* | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>Benjamin Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jparrett@mnat.com<br>  *Attorneys for Yahoo!, Inc.* |

August 12, 2008

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2446345