# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MARY B. GRAHAM**
(302) 351-9199
mgraham@mnat.com

August 28, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:    *Zoëtics, Inc. and ZoEmail, LLC v. Yahoo!, Inc.*
            C.A. No. 06-108 (JJF)

Dear Judge Farnan:

      We represent defendant Yahoo! Inc. in the above-referenced patent case, and we write with the consent of all parties to the action. Plaintiffs Zoëtics Inc. and ZoEmail LLC, have informed Yahoo! that the patents-in-suit are expected to be sold shortly to a third party as part of Zoëtics' pending bankruptcy proceedings. In light of this development, the parties are jointly requesting a stay of the litigation.

      This case was filed in February 2006. At the time, Zoëtics was subject to bankruptcy proceedings in the Southern District of New York, but, according to public filings, intended to restructure its debts. Shortly after the case was filed, Yahoo! moved for a stay of the litigation because of the bankruptcy and the potential for a dispute in that forum over the title for the patents; the Court denied that motion at that time, finding that "there is no indication that the issue of patent ownership will be imminently resolved in the bankruptcy court." (D.I. 22).

      Since that decision in 2006, circumstances have changed considerably. In late 2007, Zoëtics informed the bankruptcy court that it intended to liquidate rather than reorganize. A liquidation trustee has now been appointed for Zoëtics, who has retained new litigation and bankruptcy counsel, and who we understand has been seeking a buyer for the patents. In addition, the U.S. Patent and Trademark Office has granted Yahoo!'s requests to reexamine the patents-in-suit.

The Honorable Joseph J. Farnan, Jr.
August 28, 2008
Page 2

   While discovery has continued during this period, with document production and deposition scheduling ongoing at this time and claim construction briefing about to begin, Zoëtics has confirmed that it expects to complete a sale of the patents to a third party very soon. This transaction, once finalized, will then require confirmation by the bankruptcy court. The parties have therefore agreed to stay the litigation so that the sale of the patents and the bankruptcy approval process can be completed and the new owner can appear in the case.

   As set forth on the enclosed form of order, the parties request that the Court adjourn the dates on the existing scheduling order (D.I. 36, as amended by D.I. 38, 41, 47 and 53), including the dates currently scheduled for a *Markman* hearing (November 7, 2008) and a pretrial conference (March 5, 2009). We also suggest that the Court set the date of December 5, 2008, for the parties to report to the Court on the status of the proceedings.

   We would of course be available at the Court's convenience to discuss this further.

               Respectfully,

               */s/ Mary B. Graham*

               Mary B. Graham (#2256)

MBG/dam
Enclosure
cc: Clerk of the Court (by e-filing and hand delivery)
   Jami B. Nimeroff, Esq. (by e-mail and hand delivery)
   John Moran, Esq. (by e-mail)
   Peter Zisser, Esq. (by e-mail)
   Michael A. Jacobs, Esq. (by e-mail)
   Matthew D'Amore, Esq. (by e-mail)
2466133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOËTICS, INC. and ZOEMAIL, LLC, ) | |
| ) | |
| Plaintiffs-Counterdefendants, ) | |
| ) | |
| v. ) | C.A. No. 06-108 (JJF) |
| ) | |
| YAHOO!, INC., ) | |
| ) | |
| Defendant-Counterclaimant. ) | |

**<u>STIPULATION AND [PROPOSED] ORDER STAYING THE LITIGATION</u>**

WHEREAS, Zoëtics Inc. is subject to bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York;

WHEREAS, Zoëtics has represented that a sale of the patents-in-suit in this litigation is imminent, and that this sale will be the subject of approval proceedings in the Bankruptcy Court;

WHEREAS, the parties have met and conferred and have agreed that a stay of the litigation so that this sale and related proceedings may be completed is in the parties' mutual interest for the efficient proceeding of this litigation; and

WHEREAS, the parties expect to be able to make a further report to the Court on the status of the matter and the progress of the proceedings in the Bankruptcy Court by December 5, 2008;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that:

1. The litigation is stayed pending further order of the Court, and the dates set pursuant to the Court's scheduling order (D.I. 36, as amended by D.I. 38, 41, 47 and 53) shall be removed from the calendar; and

- 2 -

2. The parties shall report to the Court by December 5, 2008, as to the status of the matter.

| BROWN STONE NIMEROFF LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jami B. Nimeroff* | */s/ Mary B. Graham* |
| Jami B. Nimeroff (#4049) | Mary B. Graham (#2256) |
| The Brandywine Building | James W. Parrett, Jr. (#4292) |
| 4 East 8th Street, Suite 400 | Benjamin Schladweiler (#4601) |
| Wilmington, DE  19801 | 1201 N. Market Street |
| (302) 428-8142 | P.O. Box 1347 |
| jnimeroff@bsnlawyers.com | Wilmington, DE  19899-1347 |
| *Attorneys for Zoëtics, Inc.* | (302) 658-9200 |
| *and ZoEmail, LLC* | mgraham@mnat.com |
|  | *Attorneys for Yahoo!, Inc.* |

August 28, 2008

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2466150