IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOËTICS, INC. and ZOEMAIL, LLC, | ) |
| | ) |
| Plaintiffs-Counterdefendants, | ) |
| | ) |
| v. | ) C.A. No. 06-108 (JJF) |
| | ) |
| YAHOO!, INC., | ) |
| | ) |
| Defendant-Counterclaimant. | ) |

### STIPULATION AND ORDER STAYING THE LITIGATION

WHEREAS, Zoëtics Inc. is subject to bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York;

WHEREAS, Zoëtics has represented that a sale of the patents-in-suit in this litigation is imminent, and that this sale will be the subject of approval proceedings in the Bankruptcy Court;

WHEREAS, the parties have met and conferred and have agreed that a stay of the litigation so that this sale and related proceedings may be completed is in the parties' mutual interest for the efficient proceeding of this litigation; and

WHEREAS, the parties expect to be able to make a further report to the Court on the status of the matter and the progress of the proceedings in the Bankruptcy Court by December 5, 2008;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that:

1. The litigation is stayed pending further order of the Court, and the dates set pursuant to the Court's scheduling order (D.I. 36, as amended by D.I. 38, 41, 47 and 53) shall be removed from the calendar; and

2. The parties shall report to the Court by December 5, 2008, as to the status of the matter.

| BROWN STONE NIMEROFF LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Jami B. Nimeroff | /s/ Mary B. Graham |
| Jami B. Nimeroff (#4049)<br>The Brandywine Building<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>(302) 428-8142<br>jnimeroff@bsnlawyers.com<br>  *Attorneys for Zoëtics, Inc.*<br>  *and ZoEmail, LLC* | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>Benjamin Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>  *Attorneys for Yahoo!, Inc.* |

August 28, 2008

SO ORDERED this 3 day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

2466150